IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02045-BNB

DEXTER LEE BROWN,

    Applicant,

v.

T. K. COZZA-RHODES,

    Respondent.

ORDER ASSIGNING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be assigned to a presiding judge and, if appropriate, to a magistrate judge pursuant to D.C.COLO.LCivR 40.1(a).

    DATED August 22, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge